# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>CYNTHIA CYRUS<br>SSAN: XXX-XX-7731<br><br><br>Debtor(s) | Case No. 16-30351-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 09, 2016.

2. The debtor(s) §341 Meeting of Creditors was held March 31, 2016.

**(X)** Debtor was to amend the plan to pledge non-exempt lawsuit proceeds..

**(X)** Debtor was to amend the plan to provide a "pot" for the benefit of unsecured creditors. Debtor proposes to pay for two vehicles and nothing for the benefit of unsecured creditors. A family member is driving the 2003 Mazda, but is not contributing for the use of the vehicle..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this April 25, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: hayest@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br><br>By:/s/ *Tina J. Hayes*<br>Tina J. Hayes |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this April 25, 2016.

Copy to: DEBTOR(S)  
        RICHARD D SHINBAUM

/s/ *Tina J. Hayes*  
Tina J. Hayes